# Court of Appeals
# of the State of Georgia

ATLANTA, __May 24, 2019__

*The Court of Appeals hereby passes the following order:*

## A19D0491. ELDER v. THE STATE.
## A19E0053. ELDER v. THE STATE.

Upon consideration of Appellant Sanderrious Carmichael Elder's "Rule 40 (b) Motion," it is ordered that the same is hereby GRANTED. Appellant shall have until Monday, June 24, 2019 to file an application for discretionary appeal.

Furthermore, upon consideration of Appellant's motion and the extension of time granted hereinabove, it is ordered that Appellant's pending application for discretionary appeal, filed May 23, 2019 and docketed as Case No. A19D0491, is hereby DISMISSED without prejudice as improvidently docketed.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __05/24/2019__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*